UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LISA BENNETT as Administratrix<br>of the Estate of ANN HALL | : | |
| v. | : | C.A. No. 07-163-ML |
| KENT COUNTY MEMORIAL HOSPITAL<br>MICHAEL QUAS, M.D.<br>M. JAMES, R.N.<br>JOHN AND JANE DOE, M.D., ALIAS;<br>JOHN AND JANE DOE, R.N. ALIAS;<br>JOHN DOE CORPORATION, ALIAS | : | |

# ORDER

This matter came on for an initial pretrial conference before this Honorable Court (Lisi, C.J., presiding) on August 23, 2007. After conference, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

The parties shall adhere to the following scheduling plan, which plan was adopted by agreement of the parties and approved by the Court at the above-referenced conference.

1. Initial Disclosures:

   Parties stipulate, in accordance with Fed. R. Civ. P. 26(a), that the parties' initial disclosures will be due on or before September 7, 2007.

2. Fact Discovery:

   The parties will commence fact discovery—including written interrogatories, requests for production, motions to compel, requests for inspection, requests for admission, and fact and record depositions—so that it will be completed by and close on September 8, 2008.

3. Disclosure of Expert Testimony:

   Parties stipulate, in accordance with Fed. R. Civ. P. 26(a)(2)(C), that disclosures of expert testimony will be due on or before:

   September 30, 2008 (plaintiff's experts)

   October 31, 2008 (defendants' experts)

4. Expert Depositions:

Commencing on or after November 15, 2008, and completed on or before March 1, 2009.

5. Third Party Claims, Joinder of Parties:

Parties agree that the final date for filing motions for leave to file third party claims and motions to join parties is on or before January 15, 2008.

6. Potentially Dispositive Motions:

Parties agree that the final date for filing motions for summary judgment, and all other potentially dispositive motions is March 15, 2009.

7. Preliminary and Final Pre-Trial Conferences and Trial:

The Parties request a preliminary Pre-Trial Conference at the closure of fact discovery.

Subject to pending dispositive motions, if any, parties agree that they will be ready for a Final Pre-Trial Conference on or after April 15, 2009, and for trial on or after May 1, 2009.

ENTERED as an Order of this Court on the ______ day of August 2007.

PER ORDER ENTER

______________________________ ______________________________

*Presented by*:

/s/ Michael T. Eskey

______________________________

Michael T. Eskey (#3035)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LISA BENNETT as Administratrix | : | |
| of the Estate of ANN HALL | : | |
| | : | |
| v. | : | C.A. No. 07-163-ML |
| | : | |
| KENT COUNTY MEMORIAL HOSPITAL | : | |
| MICHAEL QUAS, M.D. | : | |
| M. JAMES, R.N. | : | |
| JOHN AND JANE DOE, M.D., ALIAS; | : | |
| JOHN AND JANE DOE, R.N. ALIAS; | : | |
| JOHN DOE CORPORATION, ALIAS | : | |

**CERTIFICATE OF SERVICE**

A true copy of the foregoing Order was served on all counsel of record listed below by hand delivery on this 24th day of August 2007.

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ Michael T. Eskey