**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LISA BENNETT, as Administratrix
of the Estate of ANN HALL

vs. C.A. No. 07-163ML

KENT COUNTY MEMORIAL HOSPITAL,
MICHAEL QUAS, M.D.,
M. JAMES, R.N.,
JOHN AND JANE DOE, M.D., alias,
JOHN AND JANE DOE, R.N., alias,
JOHN DOE CORPORATION, alias

**DEFENDANTS' INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the Defendants hereby make the following initial disclosures. The Defendants make this disclosure in good faith based upon the information currently available, understanding that additional information may arise or otherwise be discovered as discovery progresses.

**A. The name, address and telephone number of each individual likely to have discoverable information that may be used to support claims:**

1. Michael V. Quas, M.D., Kent County Memorial Hospital, 455 Tollgate Road, Warwick, RI 02886, 737-7000. Dr. Quas was an Emergency Department physician on duty when Ms. Hall first presented to Kent County Memorial Hospital on May 8, 2005.

2. M. James, R.N., Kent County Memorial Hospital, 455 Tollgate Road, Warwick, RI 02886, 737-7000. Nurse James was a nurse on duty in the Emergency Department when Ms. Hall first presented to Kent County Memorial Hospital on May 8, 2005.

3. James Rayner, M.D., Kent County Memorial Hospital, 455 Tollgate Road, Warwick, RI 02886, 737-7000. Dr. Rayner was a physician on duty in the Emergency Department at Kent County Memorial Hospital when Ms. Hall returned to the hospital on May 8-9, 2005.

4. Jeffrey Zack, M.D., University Emergency Medical Foundation, 593 Eddy Street, Providence, RI 02903, 444-5411. Dr. Zack is the physician at Rhode Island Hospital who consented to Ms. Hall's transfer to that facility on May 9, 2005.

5. M. Julie Armada, M.D., Kent County Memorial Hospital, 455 Tollgate Road, Warwick, RI 02886, 737-7000. Dr. Armada was the radiologist that interpreted Ms. Hall's CT scan on May 9, 2005.

6. G. Marshal Goldberg, M.D., Kent County Memorial Hospital, 455 Tollgate Road, Warwick, RI 02886, 737-7000. Dr. Goldberg was the radiology that interpreted Ms. Hall's chest x-ray on May 8, 2005.

7. Shawn Cotter, R.N., Kent County Memorial Hospital, 455 Tollgate Road, Warwick, RI 02886, 737-7000. Nurse Cotter was a triage nurse at the Emergency Department at Kent County Memorial Hospital on May 9, 2005.

8. Kenneth Gammon, 391 Washington Street, #3, West Warwick, RI 02893. Mr. Gammon was Ms. Hall's boyfriend and was present during both of Ms. Hall's visits to the Emergency Department at Kent County Memorial Hospital.

**B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Defendants are currently in possession of copies of the following documents, which documents will be produced to the Plaintiff:

Medical Records

1. Records of Ms. Hall's visit to the Emergency Department at Kent County Memorial Hospital on May 8, 2005.
2. Records of Ms. Hall's visit to the Emergency Department at Kent County Memorial Hospital on May 9, 2005.
3. Run reports from West Warwick Rescue Squad from May 8, 2005.

Additional documents in the possession, custody or control of the Defendants or third parties under the control of the Defendants may exist, but have not yet been identified or obtained by the Defendants.

**C. Damages Computation**

Not applicable

**D. Applicable Insurance Agreements**

Will be provided when obtained

Kent County Memorial Hospital
Michael Quas, M.D.
M. James, R.N.
By their attorneys,

/s/ *Michael G. Sarli*

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
(401) 274-6644
Fax: 331-9304

**CERTIFICATE OF SERVICE**

Amato A. DeLuca, Esq.
DELUCA & WEIZENBAUM
199 North Main Street
Providence, RI 02903

I hereby certify that on the 13 day of September a true copy of the foregoing document was served upon each attorney of record, (or pro se litigant), listed above by electronic filing of this document with the U.S. District Court of the District of Rhode Island.

/s/ Jeffrey W. Ward