UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LISA BENNETT as Administratrix of the Estate of ANN HALL | : | |
| v. | : | C.A. No. 07-163-ML |
| KENT COUNTY MEMORIAL HOSPITAL<br>MICHAEL QUAS, M.D.<br>M. JAMES, R.N.<br>JOHN AND JANE DOE, M.D., ALIAS;<br>JOHN AND JANE DOE, R.N. ALIAS;<br>JOHN DOE CORPORATION, ALIAS | : | |

**STIPULATION**

By agreement of the parties, plaintiff shall have up to and including November 10, 2007 in which to respond to Defendants' discovery, including Answers to Interrogatories and Responses to Requests for Production of Documents from Defendants Kent County Memorial Hospital, Michael Quas, M.D. and M. James, R.N.

Defendants,
Kent County Memorial Hospital,
Michael Quas, M.D.,
M. James, R.N.,
By their attorneys,

/s/ Michael G. Sarli
Michael G. Sarli (#2719)
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Plaintiffs,
By their Attorneys,

/s/ Amato A. DeLuca

Amato A. DeLuca (#0531)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LISA BENNETT as Administratrix of the Estate of ANN HALL | : | |
| v. | : | C.A. No. 07-163-ML |
| KENT COUNTY MEMORIAL HOSPITAL | : | |
| MICHAEL QUAS, M.D. | : | |
| M. JAMES, R.N. | : | |
| JOHN AND JANE DOE, M.D., ALIAS; | : | |
| JOHN AND JANE DOE, R.N. ALIAS; | : | |
| JOHN DOE CORPORATION, ALIAS | : | |

**CERTIFICATE OF SERVICE**

A true copy of a *Stipulation for Extension for Plaintiff to Respond to Defendants' Discovery Requests* was served on all counsel of record listed below by hand delivery on this 31st day of October 2007.

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ Amato A. DeLuca