**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LISA BENNETT, as Administratrix
of the Estate of ANN HALL

vs. C.A. No. 07-163ML

KENT COUNTY MEMORIAL HOSPITAL,
MICHAEL QUAS, M.D.,
M. JAMES, R.N.,
JOHN AND JANE DOE, M.D., alias,
JOHN AND JANE DOE, R.N., alias,
JOHN DOE CORPORATION, alias

**STIPULATION**

It is hereby agreed by and between counsel for plaintiff and defendant that Defendant Kent County Memorial Hospital may have up to and including March 26, 2008 within which to respond to the Plaintiff's interrogatories.

Plaintiff
By her attorneys,

/s/ Amato A. DeLuca

Amato A. DeLuca #0531
Miriam Weizenbaum #5182
Michael T. Eskey #3035
DELUCA & WEIZENBAUM, LTD
199 North Main Street
Providence, Rhode Island 02903
(401) 453-1500
Fax: 453-1501

Kent County Memorial Hospital
Michael Quas, M.D.
M. James, R.N.
By their attorneys,

/s/ Michael G. Sarli

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
(401) 274-6644
Fax: 331-9304

ENTER:

J. Lisi

ORDERED:

Clerk

**CERTIFICATE OF SERVICE**

Amato A. DeLuca, Esq.
DELUCA & WEIZENBAUM
199 North Main Street
Providence, RI 02903

I hereby certify that I forwarded a copy of the foregoing to the above-reference counsel of record via deposit in the United States mail, postage prepaid/hand-delivery on this _29th___ of __February______, 2008.

/s/ Charlene Perry

______________________________