**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LISA BENNETT, as Administratrix
of the Estate of ANN HALL

vs.

C.A. No. 07-163ML

KENT COUNTY MEMORIAL HOSPITAL,
MICHAEL QUAS, M.D.,
M. JAMES, R.N.,
JOHN AND JANE DOE, M.D., alias,
JOHN AND JANE DOE, R.N., alias,
JOHN DOE CORPORATION, alias

**DEFENDANT, KENT COUNTY MEMORIAL HOSPITAL'S MOTION TO COMPEL ANSWERS TO SUPPLEMENTAL INTERROGATORIES PROPOUNDED TO THE PLAINTIFF, LISA BENNETT, AS ADMINISTRATRIX OF THE ESTATE OF ANN HALL**

The Defendant, Kent County Memorial Hospital, in the above-captioned matter and pursuant to Fed.R.Civ.P. 37, hereby moves this Honorable Court for an Order compelling the Plaintiff to answer Defendant's Supplemental Interrogatories. In support of this motion, the Defendant states that Supplemental Interrogatories were propounded on June 5, 2008. To date, the Plaintiff has failed to respond or object.

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to court intervention.

**WHEREFORE**, Defendant respectfully requests that its Motion be granted. Defendant requests a twenty (20) day order.

Kent County Memorial Hospital
By its attorneys,

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
(401) 274-6644
Fax: 331-9304

## CERTIFICATE OF SERVICE

Amato A. DeLuca, Esq.
DELUCA & WEIZENBAUM
199 North Main Street
Providence, RI 02903

I hereby certify that on the 23rd day of July a true copy of the foregoing document was served upon each attorney of record, (or pro se litigant), listed above by electronic filing of this document with the U.S. District Court of the District of Rhode Island. By Mail

/s/