**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LISA BENNETT as Administratrix** | : | |
| **of the Estate of ANN HALL** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-163-ML** |
| | : | |
| **KENT COUNTY MEMORIAL** | : | |
| **HOSPITAL;** | : | |
| **MICHAEL QUAS, M.D.;** | : | |
| **M. JAMES, R.N.;** | : | |
| **JOHN AND JANE DOE, M.D., ALIAS;** | : | |
| **JOHN AND JANE DOE, R.N.; ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S**
**MOTION TO COMPEL**
**ANSWERS TO SUPPLEMENTAL INTERROGATORIES**
**FROM DEFENDANT KENT COUNTY MEMORIAL HOSPITAL**

Now comes the Plaintiff and hereby objects to Kent Count Memorial Hospital's Motion to Compel Answers to Supplemental Interrogatories.

Plaintiff,
By her Attorneys,

/s/ Amato A. DeLuca

Amato A. DeLuca (#0531)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LISA BENNETT as Administratrix** | : | |
| **of the Estate of ANN HALL** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-163-ML** |
| | : | |
| **KENT COUNTY MEMORIAL** | : | |
| **HOSPITAL;** | : | |
| **MICHAEL QUAS, M.D.;** | : | |
| **M. JAMES, R.N.;** | : | |
| **JOHN AND JANE DOE, M.D., ALIAS;** | : | |
| **JOHN AND JANE DOE, R.N.; ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the following document:

Plaintiff's Objection to Defendant, Kent County Memorial Hospital's, Motion to Compel Answers to Supplemental Interrogatories

was served upon counsel of record below on this 28th day of July, 2008 by first class mail:

Michael Sarli, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ Amato A. DeLuca