**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LISA BENNETT as Administratrix** | : | |
| **of the Estate of ANN HALL** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-163-ML** |
| | : | |
| **KENT COUNTY MEMORIAL** | : | |
| **HOSPITAL;** | : | |
| **MICHAEL QUAS, M.D.;** | : | |
| **M. JAMES, R.N.;** | : | |
| **JOHN AND JANE DOE, M.D., ALIAS;** | : | |
| **JOHN AND JANE DOE, R.N.; ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**PLAINTIFF'S MEMORANDUM IN RESPONSE TO OBJECTION TO DEFENDANT'S MOTION TO COMPEL ANSWERS TO SUPPLEMENTAL INTERROGATORIES FROM DEFENDANT KENT COUNTY MEMORIAL HOSPITAL**

As grounds for Plaintiff's objection to Kent Count Memorial Hospital's Motion to Compel Answers to Supplemental Interrogatories, Plaintiff states as follows:

1. Plaintiff forwarded her *unsigned* Answers to Kent County Memorial Hospital's Supplemental Interrogatories to defense counsel on July 28, 2008.

2. A fully executed copy of Plaintiff's Answers will be forwarded to defense counsel upon receipt.

Plaintiff,
By her Attorneys,

/s/ Amato A. DeLuca
Amato A. DeLuca (#0531)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LISA BENNETT as Administratrix of the Estate of ANN HALL** | : | |
| **v.** | : | **C.A. No. 07-163-ML** |
| **KENT COUNTY MEMORIAL HOSPITAL; MICHAEL QUAS, M.D.; M. JAMES, R.N.; JOHN AND JANE DOE, M.D., ALIAS; JOHN AND JANE DOE, R.N.; ALIAS; JOHN DOE CORPORATION, ALIAS** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the following document:

Plaintiff's Memorandum in Response to her Objection to Defendant, Kent County Memorial Hospital's, Motion to Compel Answers to Supplemental Interrogatories

was served upon counsel of record below on this 28th day of July, 2008 by first class mail:

Michael Sarli, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ Amato A. DeLuca