UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LISA BENNETT as Administratrix of the Estate of ANN HALL | : | |
| v. | : | C.A. No. 07-163-ML |
| KENT COUNTY MEMORIAL HOSPITAL MICHAEL QUAS, M.D. M. JAMES, R.N. JOHN AND JANE DOE, M.D., ALIAS; JOHN AND JANE DOE, R.N. ALIAS; JOHN DOE CORPORATION, ALIAS | : | |

# ENTRY OF APPEARANCE

Now comes Attorney Jennifer Azevedo and hereby enters her appearance on behalf of Plaintiff, Lisa Bennett, as Administratrix of the Estate of Ann Hall.

/s/ Jennifer Azevedo

Jennifer Azevedo (#6462)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LISA BENNETT as Administratrix | : | |
| of the Estate of ANN HALL | : | |
| | : | |
| v. | : | C.A. No. 07-163-ML |
| | : | |
| KENT COUNTY MEMORIAL HOSPITAL | : | |
| MICHAEL QUAS, M.D. | : | |
| M. JAMES, R.N. | : | |
| JOHN AND JANE DOE, M.D., ALIAS; | : | |
| JOHN AND JANE DOE, R.N. ALIAS; | : | |
| JOHN DOE CORPORATION, ALIAS | : | |

**CERTIFICATE OF SERVICE**

A true copy of the foregoing Entry of Appearance was served on all counsel of record listed below by hand delivery on this 25th day of August 2008.

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ Jennifer Azevedo