**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LISA BENNETT as Administratrix of the Estate of ANN HALL** | : | |
| **v.** | : | **C.A. No. 07-163-ML** |
| **KENT COUNTY MEMORIAL HOSPITAL; MICHAEL QUAS, M.D.; M. JAMES, R.N.; JOHN AND JANE DOE, M.D., ALIAS; JOHN AND JANE DOE, R.N., ALIAS; JOHN DOE CORPORATION, ALIAS** | : | |

**PLAINTIFF'S MOTION TO MODIFY PRETRIAL ORDER**

Now comes the Plaintiff in the above-captioned matter and hereby respectfully requests that this Honorable Court issue an Order modifying the Pretrial Order to extend the time allowed for the completion of fact discovery and extending the corresponding deadlines. As grounds, the Plaintiff states as follows:

1. This is a medical malpractice action in which Lisa Bennett, as Administatrix of the Estate of Ann Hall, claims that her mother's injuries and death proximately resulted from EMTALA violations and negligence by Kent County Memorial Hospital and its emergency room physician and triage nurse, Dr. Michael Quas, and Nurse M. James, respectively.

2. Fact discovery has commenced and is ongoing. Plaintiff has served Defendants with discovery, and continues to await their answers and responses. Additionally, the depositions of Dr. Quas, Nurse James, and the Chief of Emergency Medicine at Kent County Memorial Hospital have all been scheduled to take place within the next few weeks. Plaintiff has also served a Rule 30(b)(6) deposition notice upon Kent

County Memorial Hospital directed to the person with the most knowledge of the Hospital's EMTALA polices and procedures. Finally, Plaintiff has answered and responded to various discovery propounded by Defendants, and the depositions of various other parties and witnesses have already been taken.

3. No previous request for modification of the pretrial order has been made.

4. While discovery has been reasonably pursued by the Plaintiff, additional time is necessary to complete written discovery and depositions of fact witnesses. The modifications requested by the within Motion will enable Plaintiff to complete discovery and meet all other case deadlines within the time requested.

5. Granting the within request will not prejudice the parties, and will not significantly delay resolution of the action.

6. Plaintiff is mindful that pretrial orders are an essential tool in the Court's efficient and effective management of a crowded calendar. The within motion is not intended to either delay the consideration of this matter or to prejudice the Court's administration of its docket, but is necessitated by the exigencies described above.

WHEREFORE, the Plaintiff respectfully requests that the Court grant the within Motion and enter an order adopting the requested modifications set forth below, or enter such other dates as the Court deems fit and proper in accordance with the Plaintiff's request to extend the time for completion of discovery:

**Fact Discovery Closure:** December 8, 2008.

**Plaintiff Expert Disclosure:** December 31, 2008.

**Defendant Expert Disclosure:** January 31, 2009.

**Expert Depositions, Commence:** February 16, 2009.

**Expert Depositions, Complete:** May 1, 2009.

**Final Pre-Trial Conference and Trial:** May 15, 2009 and June 1, 2009, respectively.

Respectfully submitted,
Plaintiff,
By her Attorneys,

/s/ Jennifer Azevedo
________________________________

Miriam Weizenbaum (#5182)
Jennifer Azevedo (#6462)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LISA BENNETT as Administratrix** | : | |
| **of the Estate of ANN HALL** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-163-ML** |
| | : | |
| **KENT COUNTY MEMORIAL** | : | |
| **HOSPITAL;** | : | |
| **MICHAEL QUAS, M.D.;** | : | |
| **M. JAMES, R.N.;** | : | |
| **JOHN AND JANE DOE, M.D., ALIAS;** | : | |
| **JOHN AND JANE DOE, R.N., ALIAS;** | : | |
| **JOHN DOE CORPORATION, ALIAS** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the following document:

*Plaintiff's Motion to Modify Pretrial Order*

was served on counsel of record listed below on this 4th day of September 2008 by hand delivery and facsimile:

Michael Sarli, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ Jennifer Azevedo (#6462)